**Keith R. MARCUM, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

No. WD 71952.

Missouri Court of Appeals, Western District.

Oct. 19, 2010.

Keith R. Marcum, Appellant pro se.

Bart A. Matanic, Jefferson City, MO, for respondent.

Before Division Three: VICTOR C. HOWARD, Presiding Judge, THOMAS H. NEWTON, Judge and GARY D. WITT, Judge.

## ORDER

PER CURIAM:

Keith Marcum ("Marcum") appeals the Labor and Industrial Relations Commission's (Commission) determination that Marcum is ineligible to receive unemployment benefits because he voluntarily quit his job without good cause attributable to his work or employer. We affirm. Rule 84.16(b).